**Angela VAUGHN–JOHNSON, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 05–3052.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2004.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**PHILIP MORRIS USA, INC. (formerly known as Philip Morris Incorporated), Appellant,**

v.

**BRITISH–AMERICAN TOBACCO COMPANY and Tabacalera Istmena, S.A., Appellees.**

No. 05–1039.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).